# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CRAIG L. FLENORY,                          )    1:10-CV-00539 SMS HC
                                           )
                Petitioner,                )    ORDER DENYING PETITIONER'S
                                           )    SECOND MOTION FOR
        v.                                 )    RECONSIDERATION
                                           )    [Doc. #18]
JAMES D. HARTLEY,                          )
                                           )
                Respondent.                )
_____ )

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.  He has consented to have a magistrate judge conduct any and all

proceeding, including entry of final judgment, pursuant to 28 U.S.C. § 636(c).

        On August 6, 2010, the undersigned issued an order granting Respondent's motion to dismiss

and dismissing the petition with prejudice for violating the statute of limitations.  Judgment was

entered the same date.  On September 15, 2010, Petitioner filed a motion for reconsideration. The

Court denied the motion for reconsideration on September 23, 2010.  On October 12, 2010,

Petitioner filed a second motion for reconsideration.  For the same reasons stated in the Court's prior

order denying reconsideration, Petitioner's motion is DENIED.  Petitioner is advised that this case is

closed and any further filings will be stricken.


IT IS SO ORDERED.

**Dated:    October 19, 2010          _____/s/ Sandra M. Snyder_____**
                                      UNITED STATES MAGISTRATE JUDGE