# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG L. FLENORY, | ) | 1:10-CV-00539 SMS HC |
| Petitioner, | ) ) | ORDER STRIKING DOCUMENT |
| v. | ) ) | [Doc. #21] |
| JAMES D. HARTLEY, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has consented to have a magistrate judge conduct any and all proceeding, including entry of final judgment, pursuant to 28 U.S.C. § 636(c).

On August 6, 2010, the undersigned issued an order granting Respondent's motion to dismiss and dismissing the petition with prejudice for violating the statute of limitations. Judgment was entered the same date. Subsequently, Petitioner filed two motions for reconsideration which were denied.

On May 18, 2011, Petitioner filed the instant document entitled, "A Due Presentment under Notary Seal, Commercial Request for Settlement and Closure Pursuant to Public Policy." It is comprised of, *inter alia*, various forms, bonds, affidavits, Uniform Commercial Code documents, pleadings in admiralty law, memoranda, and notarial acknowledgments. The Court can make little sense of this bizarre filing. It appears that Petitioner, having been unsuccessful in his habeas petition and motions for reconsideration, has chosen a different tack and opted to inundate the Court with gibberish.

1   Petitioner is advised that this case is closed.  Further filings will be likewise stricken.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Petitioner's filing (Doc. #21) is hereby STRICKEN.

IT IS SO ORDERED.

**Dated:    May 26, 2011**                               /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE